AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 20-cv-3366  DATE FILED 4/30/2020 | USDC-Southern District of New York |

| PLAINTIFF | DEFENDANT |
|---|---|
| Watch Tower Bible and Tract Society of Pennsylvania | The Truth and Transparency Foundation, Ryan C. McKnight and Ethan G. Dodge |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA0002121393 | "Be a Courageous … Pioneer" | Watch Tower Bible and Tract Soc. |
| 2 PA0002121074 | Talk 33 - Video 1 - Learn Courage From Creation... | Watch Tower Bible and Tract Soc. |
| 3 PA0002121104 | Talk 40 - Video 1 - How Our Brothers Are Showing... | Watch Tower Bible and Tract Soc. |
| 4 PA0002121120 | Talk 44 - Video 1 - Future Events That Will Require... | Watch Tower Bible and Tract Soc. |
| 5 PA0002121121 | Talk 45 - Video 1 - Future Events That Will Require... | Watch Tower Bible and Tract Soc. |

See Attached Schedule for Complete List

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Ruby J. Krajick | /s/ J. Gonzalez | 4/30/2020 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| PA0002121124 | Talk 46-Video 1 - Future Events That Will Require Courage (Symposium) - The Proclamation of the Hailstone Message | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002121125 | Talk 47 - Video 1 - Future Events That Will Require Courage (Symposium) - The Attack by Gog of Magog | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002121607 | Talk 48-Video 1 - Future Events That Will Require Courage (Symposium) - Armageddon | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002121129 | Talk 49 - Video 1 - Future Events That Will Require Courage (Symposium) - The Great Reconstruction | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002121132 | Talk 50 - Video 1 - Future Events That Will Require Courage (Symposium) - The Final Test | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191509 | 2019 'Love Never Fails'! Convention - Music-Video Presentation 1 | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191514 | Talk 01 Video 1 - Chairman's Address: 'Love Never Fails - Why? | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191517 | Talk 01 Video 2 - Chairman's Address: 'Love Never Fails' - Why? | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191478 | Talk 02 Video 1 - Symposium: Beware of Trusting in What Fails! - Wealth (Matthew 6:24) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191475 | Talk 03 Video 1 - Symposium: Beware of Trusting in What Fails! - Status and Fame (Ecclesiastes 2:16; Romans 12:16) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191487 | Talk 04 Video 1 - Symposium: Beware of Trusting in What Fails! - Human Wisdom (Romans 12:1, 2) | Watch Tower Bible and Tract Society of Pennsylvania |

| PA0002191489 | Talk 05 Video 1 - Symposium: Beware of Trusting in What Fails! - Strength and Beauty (Proverbs 31:30; 1 Peter 3:3, 4) | Watch Tower Bible and Tract Society of Pennsylvania |
|---|---|---|
| PA0002191501 | Talk 06 Video 1 - DRAMATIC BIBLE READING: Jehovah Kept Showing Loyal Love (Genesis 37:1-36; 39:1; 47:12) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191510 | 2019 'Love Never Fails'! Convention—Music-Video Presentation 2Talk 23 Video 1 - Symposium: Display Unfailing Love in the Congregation - To the Elderly (Leviticus 19:32) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191450 | Talk 08 Video 1 - Symposium: Love Never Fails Despite … A Loveless Upbringing (Psalm 27:10) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191453 | Talk 09 Video 1 - Symposium: Love Never Fails Despite … A Difficult Work Environment (1 Peter 2:18-20) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191458 | Talk 10 Video 2 - Symposium: Love Never Fails Despite … An Ungodly School Environment (1 Timothy 4:12) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191459 | Talk 11 Video 1 - Symposium: Love Never Fails Despite … Chronic Health Problems (2 Corinthians 12:9, 10) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191460 | Talk 12 Video 1 - Symposium: Love Never Fails Despite … Poverty (Philippians 4:12, 13) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191461 | Talk 12 Video 2 - Symposium: Love Never Fails Despite … Poverty (Philippians 4:12, 13) | Watch Tower Bible and Tract Society of Pennsylvania |

| | | |
|---|---|---|
| PA0002191455 | Talk 13 Video 1 - Symposium: Love Never Fails Despite … Family Opposition (Matthew 5:44) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191432 | Talk 14 Video 1 - Symposium: Creation Reveals Jehovah's Love - The Heavens (Psalm 8:3, 4; 33:6) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191434 | Talk 15 Video 1 - Symposium: Creation Reveals Jehovah's Love - The Earth (Psalm 37:29; 115:16) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191437 | Talk 16 Video 1 - Symposium: Creation Reveals Jehovah's Love - Plants (Genesis 1:11, 29; 2:9, 15; Acts 14:16, 17) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191444 | Talk 17 Video 1 - Symposium: Creation Reveals Jehovah's Love - Animals (Genesis 1:27; Matthew 6:26) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191446 | Talk 18 Video 1 - Symposium: Creation Reveals Jehovah's Love - The Human Body (Psalm 139:14; Ecclesiastes 3:11) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191504 | Talk 19 Video 1 - 'Those Whom Jehovah Loves He Disciplines' (Hebrews 12:5-11; Psalm 19:7, 8, 11) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191471 | Talk 20 Video 1 - 'Clothe Yourselves With Love' (Colossians 3:12-14) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191139 | 2019 'Love Never Fails'! Convention - Music-Video Presentation 3 | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191157 | Talk 21 Video 1 - Symposium: Display Unfailing Love in the Congregation - To Those Taking the Lead (1 Thessalonians 5:12, 13) | Watch Tower Bible and Tract Society of Pennsylvania |

| | | |
|---|---|---|
| PA0002191160 Suppl. Reg. PA0002216893 | Talk 23 Video 1 - Symposium: Display Unfailing Love in the Congregation - To the Elderly (Leviticus 19:32) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191146 | Talk 24 Video 1 - Symposium: Display Unfailing Love in the Congregation - To Full-Time Ministers (1 Thessalonians 1:3) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191155 | Talk 25 Video 1 - Symposium: Display Unfailing Love in the Congregation - To Foreign Residents (Leviticus 19:34; Romans 15:7) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191149 | ANNOUNCEMENT: Invitation to School for Kingdom Evangelizers Meeting | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191683 | Talk 26 Video 1 - A0002191683: Display Unfailing Love in the Ministry - Show Your Love for God (1 John 5:3) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191148 | Talk 27 Video 1 - Symposium: Display Unfailing Love in the Ministry – 'Love Your Neighbor as Yourself' (Matthew 22:39) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191684 | Talk 28 Video 1 - Symposium: Display Unfailing Love in the Ministry - Love Jehovah's Word (Psalm 119:97; Matthew 13:52) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002193286 | 2019 'Love Never Fails'! Convention - Music-Video Presentation 4 (v2) | Watch Tower Bible and Tract Society of Pennsylvania |

| | | |
|---|---|---|
| PA0002191713 | Talk 30 Video 1 - Symposium: How Our Brothers Are Showing Unfailing Love In … Africa (Genesis 16:13), Asia (Acts 2:44), Europe (John 4:35), North America (1 Corinthians 9:22), Oceania (Psalm 35:18), South America (Acts 1:8) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191714 | Talk 31 Video 1 - Display Unfailing Love in Your Family - Love Your Wife (Ephesians 5:28, 29) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191715 | Talk 32 Video 1 - Display Unfailing Love in Your Family - Love Your Husband (Ephesians 5:33; 1 Peter 3:1-6) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191717 | Talk 33 Video 1 - Display Unfailing Love in Your Family - Love Your Children (Titus 2:4) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191144 | The Story of Josiah: Love Jehovah; Hate What Is Bad - Part I (2 Chronicles 33:10-24; 34:1, 2) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191678 | Talk 35 Video 1 - Teach Your Children How to Show Love (2 Timothy 3:14, 15) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002192006 | Talk 35 Video 3 - Teach Your Children How to Show Love (2 Timothy 3:14, 15) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002192007 | Talk 35 Video 4 - Teach Your Children How to Show Love (2 Timothy 3:14, 15) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191679 | 2019 'Love Never Fails'! Convention - Music-Video Presentation 5 | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002192010 | Talk 36 Video 1 - Symposium: Remember How Love Behaves - Is Patient and Kind (1 Corinthians 13:4) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002192009 | Talk 36 Video 2 - Symposium: Remember How Love Behaves - Is Patient and Kind (1 Corinthians 13:4) | Watch Tower Bible and Tract Society of Pennsylvania |

| | | |
|---|---|---|
| PA0002191147 | Talk 37 Video 1 - Symposium: Remember How Love Behaves - Is Not Jealous; Does Not Brag (1 Corinthians 13:4) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191150 | Talk 37 Video 2 - Symposium: Remember How Love Behaves - Is Not Jealous; Does Not Brag (1 Corinthians 13:4) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191151 | Talk 38 Video 1 - Symposium: Remember How Love Behaves - Does Not Get Puffed Up; Does Not Behave Indecently (1 Corinthians 13:4, 5) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191152 | Talk 38 Video 2 - Symposium: Remember How Love Behaves - Does Not Get Puffed Up; Does Not Behave Indecently (1 Corinthians 13:4, 5) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191156 | Talk 39 Video 1 - Symposium: Remember How Love Behaves - Does Not Look for Its Own Interests; Does Not Become Provoked (1 Corinthians 13:5) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191153 | Talk 39 Video 2 - Symposium: Remember How Love Behaves - Does Not Look for Its Own Interests; Does Not Become Provoked (1 Corinthians 13:5) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191154 | Talk 40 Video 1 - Symposium: Remember How Love Behaves - Does Not Keep Account of the Injury; Does Not Rejoice Over Unrighteousness (1 Corinthians 13:5, 6) | Watch Tower Bible and Tract Society of Pennsylvania |

| PA0002191719 | Talk 40 Video 2 - Symposium: Remember How Love Behaves - Does Not Keep Account of the Injury; Does Not Rejoice Over Unrighteousness (1 Corinthians 13:5, 6) | Watch Tower Bible and Tract Society of Pennsylvania |
|---|---|---|
| PA0002191722 | Talk 41 Video 1 - Symposium: Remember How Love Behaves - Rejoices With the Truth; Bears All Things (1 Corinthians 13:6, 7) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191723 | Talk 41 Video 2 - Symposium: Remember How Love Behaves - Rejoices With the Truth; Bears All Things (1 Corinthians 13:6, 7) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191724 | Talk 42 Video 1 - Symposium: Remember How Love Behaves - Believes All Things; Hopes All Things 1 Corinthians 13:7) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191727 | Talk 42 Video 2 - Symposium: Remember How Love Behaves - Believes All Things; Hopes All Things 1 Corinthians 13:7) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191729 | Talk 43 Video 1 - Symposium: Remember How Love Behaves - Endures All Things; Love Never Fails (1 Corinthians 13:7, 8) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191159 | Talk 43 Video 2 - Symposium: Remember How Love Behaves - Endures All Things; Love Never Fails (1 Corinthians 13:7, 8) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191418 | Talk 44 Video 1 - Public Bible Discourse: True Love in a Hate-Filled World - Where? (John 13:34, 35) | Watch Tower Bible and Tract Society of Pennsylvania |

| | | |
|---|---|---|
| PA0002191141 | Talk 44 Video 2 - Public Bible Discourse: True Love in a Hate-Filled World - Where? (John 13:34, 35) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191682 | The Story of Josiah: Love Jehovah; Hate What Is Bad - Part II (2 Kings 22:3-20; 23:1-25; 2 Chronicles 34:3-33; 35:1-19) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191138 | Talk 47 Video 1 - 'Carefully Consider Jehovah's Acts of Loyal Love' (Psalm 107:43; Ephesians 5:1, 2) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191706 | Talk 47 Video 5 - Unfailing Love (1 Corinthians 13:8)) | Watch Tower Bible and Tract Society of Pennsylvania |
| PA0002191143 | 2019 'Love Never Fails'! Convention - Music-Video Presentation 6 | Watch Tower Bible and Tract Society of Pennsylvania |