UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
WATCH TOWER BIBLE AND TRACT                                  :
SOCIETY OF PENNSYLVANIA,                                     :
                                                             :
        Plaintiff,                                           :
                                                             :
   -- against --                                             :       1:20-CV-03366
                                                             :
                                                             :       STIPULATION
                                                             :       AND ORDER
THE TRUTH AND TRANSPARENCY                                   :
FOUNDATION, RYAN C. McKNIGHT,                                :
AND ETHAN DODGE,                                             :
                                                             :
        Defendants.                                          :
                                                             :
                                                             :
-------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendants that Defendants' time to answer or otherwise move against Plaintiff's complaint is hereby extended from July 7th until August 6, 2020. This Stipulation may be signed in counterparts, and scanned, facsimile or photocopy signatures shall be deemed originals.

New York, New York
July 6, 2020

Long & Associates PLLC                          Cowan, Liebowitz & Latman, P.C.

By: _____              By: _____  (With permission.)
Ryan E. Long, Esq.                              Thomas Kjellberg, Esq.
135 West 27th Street – 8th Floor                114 West 47th Street
New York, New York 10001                        New York, NY 10036-1525
T: (212) 360-0394                               T: (212) 790-9200
F: (646) 612-7911                               *Attorneys for Plaintiff*
*Attorney for Defendants*