**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                                                    :
WATCH TOWER BIBLE AND TRACT                        :
SOCIETY OF PENNSYLVANIA,                               :
                                                                                    :
       Plaintiff,                                                           :
                                                                                    :
  -- against --                                           :      **1:20-CV-03366**
                                                                                    :
                                                                                    :      **NOTICE OF APPEARANCE**
                                                                                    :
THE TRUTH AND TRANSPARENCY              :
FOUNDATION, RYAN C. McKNIGHT,            :
AND ETHAN G. DODGE,                                      :
                                                                                    :
       Defendants.                                                     :
                                                                                    :
                                                                                    :
-------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that Truth and Transparency Foundation, Ryan C. McKnight, and Ethan G. Dodge appear in this case caption above by its counsel, Ryan E. Long, Esq., of Long & Associates PLLC. The undersigned respectfully request that all papers in this action above be electronically transmitted to him at: rlong@landapllc.com.

    Dated: July 6, 2020
    New York, New York

    R/E/L

    _____
    Ryan E. Long, Esq. (RL-1974)
    Long & Associates PLLC
    18 West 18th St. – 10th Floor
    New York, New York 10011
    Telephone: (212) 381 – 9637
    Facsimile: (646) 612 – 7911
    E-mail: rlong@landapllc.com