| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------x<br>WATCH TOWER BIBLE AND TRACT<br>SOCIETY OF PENNSYLVANIA,<br><br>            Plaintiff,<br><br>  -- against --<br><br><br>THE TRUTH AND TRANSPARENCY<br>FOUNDATION, RYAN C. McKNIGHT,<br>AND ETHAN DODGE,<br><br>            Defendants.<br>-----------------------------------------------------------x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/6/2020<br><br><br><br>1:20-CV-03366<br><br>**STIPULATION<br>AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendants that Defendants' time to answer or otherwise move against Plaintiff's complaint is hereby extended from July 7th until August 6, 2020. This Stipulation may be signed in counterparts, and scanned, facsimile or photocopy signatures shall be deemed originals.

New York, New York
July 6, 2020

| | |
|---|---|
| Long & Associates PLLC<br><br>By: _____<br>Ryan E. Long, Esq.<br>135 West 27th Street – 8th Floor<br>New York, New York 10001<br>T: (212) 360-0394<br>F: (646) 612-7911<br>*Attorney for Defendants* | Cowan, Liebowitz & Latman, P.C.<br><br>By: _____ (With permission.)<br>Thomas Kjellberg, Esq.<br>114 West 47th Street<br>New York, NY 10036-1525<br>T: (212) 790-9200<br>*Attorneys for Plaintiff* |

**Granted. SO ORDERED.**

Date:  July 6, 2020
New York, New York

_____
Mary Kay Vyskocil
United States District Judge