UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>         Plaintiff,<br><br>  -against-<br><br>THE TRUTH AND TRANSPARENCY FOUNDATION, RYAN C. McKNIGHT, and ETHAN G. DODGE,<br><br>         Defendants. | No. 1:20-cv-03366 |

**[PROPOSED] FINAL ORDER AND JUDGMENT ON CONSENT**

    WHEREAS Plaintiff filed a Complaint herein on April 30, 2020 alleging infringement of 74 copyrighted works (the "Works") under the Copyright Act, 17 U.S.C. §§ 101 *et seq.*;

    WHEREAS Plaintiff warrants and represents that it is the owner of valid copyrights in the Works;

    WHEREAS Plaintiff has agreed to withdraw this action with prejudice except as necessary for the court to retain jurisdiction to enforce the terms of this Final Order and Judgment on Consent, including the injunction set forth below; and

    WHEREAS Defendants have agreed to settle this dispute on the terms set forth below, and have consented to the entry of this Final Order and Judgment on Consent;

    NOW, THEREFORE, Plaintiff and Defendants request entry of this Final Order and Judgment on Consent.

    IT IS ORDERED, ADJUDGED AND DECREED that:

    (a)  This Court has jurisdiction of the subject matter herein and of the parties who have consented to entry of this Final Order and Judgment on Consent, and shall retain

jurisdiction to enforce the terms of this Final Order and Judgment on Consent, including the injunction set forth below.

  (b) The Court shall enjoin and hereby does permanently enjoin, prevent and restrain Defendants, their agents, representatives, employees and those acting in concert with them, from

    (1) using or causing to be used, or authorizing or facilitating any third party to use, any of the Works in any medium including but not limited to the *faithleaks.org* website, and any other website operated or controlled, in whole or in part, by Defendants or any of them; and

    (2) using or causing to be used, or authorizing or facilitating any third party to use, any copyrighted works other than the Works, now in existence or to be created in the future, that are owned by Plaintiff or by entities that cooperate with Plaintiff.

  (c) Defendants shall pay to Plaintiff the amount of $15,000 in settlement of any and all claims for damages or other monetary relief in this action.

  (d) Other than as set forth above, Plaintiff waives any right to damages, an accounting for profits, attorneys' fees or any other monetary relief asserted in this action, but shall have the right to reinstate said claims if Defendants fail to comply with the terms of this Final Order and Judgment on Consent.

  (e) Any breach by Defendants of the terms of this Final Order and Judgment on Consent shall be deemed to constitute immediate and irreparable injury to Plaintiff.

  (f) Each party shall bear its own costs and expenses incurred in this action.

  (g) This Court shall retain continuing jurisdiction over the parties and over the subject matter of this action for the purposes of interpreting and enforcing the terms of this Final Order and Judgment on Consent.

(h)     This Final Order and Judgment on Consent shall be binding on the parties and their heirs, successors and assigns.

(i)     All of the parties hereto consent to the issuance and entry of this Final Order and Judgment on Consent and waive the right to appeal from or otherwise contest this Final Order and Judgment on Consent, which may be entered in the form and content set forth above without further notice to any party.

**AGREED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| Dated: New York, New York<br>July 14, 2020 | COWAN, LIEBOWITZ & LATMAN, P.C.<br>Attorneys for Plaintiff<br><br>By:_____<br>Thomas Kjellberg (txk@cll.com)<br><br>114 West 47th Street<br>New York, New York 10036-1525 |
| Dated: Patterson, New York<br>_____ | WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA<br><br>By:_____<br>Philip Brumley<br>General Counsel |
| Dated: New York, New York<br>7/15/20 | LONG ASSOCIATES PLLC<br>Attorneys for Defendants<br><br>By:_____<br>Ryan E. Long (rlong@landapllc.com)<br><br>Long & Associates PLLC<br>18 West 18th St. – 10th Floor<br>New York, New York 10011 |

3

(h)     This Final Order and Judgment on Consent shall be binding on the parties and their heirs, successors and assigns.

(i)     All of the parties hereto consent to the issuance and entry of this Final Order and Judgment on Consent and waive the right to appeal from or otherwise contest this Final Order and Judgment on Consent, which may be entered in the form and content set forth above without further notice to any party.

**AGREED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| Dated: New York, New York<br>July 14, 2020 | COWAN, LIEBOWITZ & LATMAN, P.C.<br>Attorneys for Plaintiff<br><br>By:_____<br>Thomas Kjellberg (txk@cll.com)<br><br>114 West 47th Street<br>New York, New York 10036-1525 |
| Dated: Patterson, New York<br>Jul 14, 2020 | WATCH TOWER BIBLE AND TRACT<br>SOCIETY OF PENNSYLVANIA<br><br>By:_____<br>Philip Brumley (Jul 14, 2020 16:39 EDT)<br>Philip Brumley<br>General Counsel |
| Dated: New York, New York | LONG ASSOCIATES PLLC<br>Attorneys for Defendants<br><br>By:_____<br>Ryan E. Long (rlong@landapllc.com)<br><br>Long & Associates PLLC<br>18 West 18th St. – 10th Floor<br>New York, New York 10011 |

Dated: Henderson, Nevada  THE TRUTH AND TRANSPARENCY
     07/14/2020  FOUNDATION

By:_____
    Ryan C. McKnight

Dated: Henderson, Nevada  RYAN C. McKNIGHT
     07/14/2020

_____
    Ryan C. McKnight

Dated: Sunnyvale, California  ETHAN G. DODGE
     07/14/2020

_____
    Ethan G. Dodge

**APPROVED AND SO ORDERED** this ___ day of _____, 2020.

_____
Mary Kay Vyskocil
United States District Judge

4